IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| YVONNE UNDERHILL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-13-1106-L |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

# **O R D E R**

On March 2, 2015, Magistrate Judge Shon T. Erwin entered his Report and Recommendation in this action brought by plaintiff Yvonne Underhill for judicial review of the final decision of the Commissioner of the Social Security Administration denying her applications for benefits under the Social Security Act. The Magistrate Judge determined that the decision of the Commissioner should be reversed and remanded for further administrative proceedings consistent with the Report and Recommendation.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED for further proceedings**, consistent with the March 2, 2015 Report and Recommendation in this matter.

It is so ordered this 25th day of March, 2015.

_/s/ Tim Leonard_
TIM LEONARD
United States District Judge